## 36760. McLELLAN v. McLELLAN.

PER CURIAM.

Judgment affirmed without an opinion pursuant to Rule 59. *All the Justices concur.*

SUBMITTED OCTOBER 3, 1980 — DECIDED
OCTOBER 22, 1980.

*Westmoreland, Hall, McGee, Warner & Oxford, Clifford Oxford, Russell D. Mays,* for appellant.
*Daniel M. Coursey, Jr.,* for appellee.